# EXHIBIT A

SOMMERS SCHWARTZ, P.C.
ONE TOWNE SQUARE, 17TH FLOOR
SOUTHFIELD, MICHIGAN 48076
(248) 355-0300

# INVOICE

FOR UNITED STATES POSTAGE

Client No. 2760-01

TO: Mr. and Mrs. Donald Van Loo
ADDRESS REDACTED

RE: Cajun Operating Company, et al Litigation

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2014-02-10 | Certified Mail/Return Receipt Letters to Defendants RE service of summons; Cajun Operating Company; Church's Chicken d/b/a Cajun Operating Company; and Reliance Standard Life Insurance Company Group Life Policy | $31.28 |
| 2015-06-11 | Certified Mail/Return Receipt letters, subpoena and deposition notices to: Aisha McGuire; Chandra Matthew Burns and Miikii Johnson | $20.88 |
| | **TOTAL POSTAGE** | **$52.16** |

# Atlanta Legal Services, Inc.
## *Atlanta's Most Professional Process Servers*

Home    Atlanta Process Service Rates    Filing Rates    Research    Contact Us

**ATLANTA GEORGIA PROCESS SERVICE**
Rates

*Ten Tips For Getting The Most From Your Process Server*

**COURT FILING**
Rates

*Court Filings: How To Save Time & Money*

**RESEARCH**
Rates

**GA RULES**

**FED RULES**

*"Were YOUR papers served right?"*

Don't put your legal papers in the hands of inexperienced couriers, or a sheriff who has a backlog of hundreds of papers.

Our experienced staff of full-time professional process servers serve several hundred papers per month throughout Metro Atlanta, Greater Atlanta and North Georgia, including subpoenas, summons & complaints, garnishments and notices. We will even "walk through" your rush court filings when requested.

Our private process servers are **permanently appointed** in the counties surrounding Atlanta: Fulton County, Cobb County Clayton County and Dekalb County. We can easily get process servers appointed in other Georgia counties.

**Atlanta Legal Services, Inc. is a full service attorney support agency.** We provide service of process, filing, skip tracing, asset searches and more. Our use of state-of-the-art technologies and years of experience enables us to provide quality, professional service to our clients.

Phone: 404-876-8098   877-302-4136
Fax: 404-876-8099
E-mail: info@atlantalegalservices.com
Address: Atlanta Legal Services, Inc.
3070 Presidential Dr. Suite 148
Atlanta, Georgia 30340

**LOG IN TO DATABASE**



**DANIEL D. SWANSON**
Attorney at Law
Direct Phone: 248-746-4046
Direct Fax: 248-936-2172
dswanson@sommerspc.com

June 11, 2015

Atlanta Legal Services, Inc.
3070 Presidential Drive, Suite 148
Atlanta, Georgia 30340
ATTN: Marc Allard

    Re:    Donald and Harriet Van Loo v.
            Cajun Operating Company d/b/a Church's Chicken, et al
            Eastern District of Michigan Case No. 2014-10604
            Our Case No. 2670-1

Dear Mr. Allard:

Enclosed please find the following:

1.     Check in the amount of $205.00 which is your fee for serving the following 3 subpoenas;

2.     Subpoena to Miikii Johnson.
3.     Subpoena to Aisha McGuire
4.     Subpoena to Chandra Matthews Burns
5.     Stamped, addressed envelope for return of the Affidavits of Service.

Please feel free to call or email the undersigned with any questions you may have. Thank you.

                        Sincerely,

                        SOMMERS SCHWARTZ, P.C.

                        KIMBERLY A. KORTES

kak
Enclosures