# EXHIBIT B



# ESQUIRE
DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

*Invoice* **INV0599969**

| | |
|---|---|
| Date | 10/5/2015 |
| Terms | Net 30 |
| Due Date | 11/4/2015 |

| | |
|---|---|
| Client Number | C08623 |
| Esquire Office | Atlanta |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client Claim/Matter # | |
| Date of Loss | |

**Bill To**
Sommers Schwartz - Southfield
1 Towne Square
Suite 1700
Southfield MI 48076

**Services Provided For**
Sommers Schwartz - Southfield
Roumayah, Tad T
1 Towne Square
Suite 1700
Southfield MI 48076

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/27/2015 | J0176659 | ATLANTA, GEORGIA | VAN LOO, DONALD VS. CAJUN OPERATING COMPANY |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| APP FEE: FIRST HOUR | MIIKI JOHNSON | 1 | 68.00 | 68.00 |
| APP FEE: ADDITIONAL HOURS | MIIKI JOHNSON | 1 | 27.00 | 27.00 |
| TRANSCRIPT - O&1-WI | MIIKI JOHNSON | 88 | 3.95 | 347.60 |
| CONDENSED TRANSCRIPT | MIIKI JOHNSON | 1 | 16.00 | 16.00 |
| WITNESS READ & SIGN LETTER | MIIKI JOHNSON | 1 | 17.50 | 17.50 |

*Representing Client: Sommers Schwartz - Southfield*

| | |
|---|---|
| Subtotal | 476.10 |
| Shipping Cost (FedEx) | 35.50 |
| Total | 511.60 |
| Amount Due | $511.60 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on Invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this Invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

### www.esquireconnect.com

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Sommers Schwartz - Southfield |
| Client # | C08623 |
| Invoice # | INV0599969 |
| Invoice Date | 10/5/2015 |
| Due Date | 11/4/2015 |
| Amount Due | $ 511.60 |



**Invoice INV0624518**

2700 Centennial Tower  
101 Marietta Street  
Atlanta GA 30303  
888-486-4044  
www.esquiresolutions.com  
Tax ID # 45-3463120

| | |
|---|---|
| Date | 11/8/2015 |
| Terms | Net 30 |
| Due Date | 12/8/2015 |

| | |
|---|---|
| Client Number | C08623 |
| Esquire Office | Atlanta |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client Claim/Matter # | |
| Date of Loss | |

**Bill To**  
Sommers Schwartz - Southfield  
1 Towne Square  
Suite 1700  
Southfield MI 48076

**Services Provided For**  
Sommers Schwartz - Southfield  
Swanson, Daniel D  
1 Towne Square  
Suite 1700  
Southfield MI 48076

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 7/22/2015 | J0111959 | ATLANTA, GEORGIA | VAN LOO, DONALD VS. CAJUN OPERATING COMPANY |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| APP FEE: FIRST HOUR | | 1 | 68.00 | 68.00 |
| APP FEE: ADDITIONAL HOURS | | 3 | 27.00 | 81.00 |
| TRANSCRIPT - O&1-WI | JULIE EASTERLIN | 159 | 3.95 | 628.05 |
| CONDENSED TRANSCRIPT | JULIE EASTERLIN | 1 | 16.00 | 16.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | JULIE EASTERLIN | 1 | 30.00 | 30.00 |
| EXHIBITS TABS | JULIE EASTERLIN | 21 | 0.50 | 10.50 |
| EXHIBITS B&W | JULIE EASTERLIN | 802 | 0.50 | 401.00 |

*Representing Client: Sommers Schwartz - Southfield*

| | |
|---|---|
| Subtotal | 1,234.55 |
| Shipping Cost (FedEx) | 35.50 |
| Total | 1,270.05 |
| Amount Due | $1,270.05 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**  
Esquire Deposition Solutions, LLC  
P. O. Box 846099  
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Sommers Schwartz - Southfield |
| Client # | C08623 |
| Invoice # | INV0624518 |
| Invoice Date | 11/8/2015 |
| Due Date | 12/8/2015 |
| Amount Due | $ 1,270.05 |